# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIMEDX GROUP, INC. and SEAN MCCORMACK,<br><br>        Plaintiffs,<br><br>    v.<br><br>SPARROW FUND MANAGEMENT LP, A/K/A "AURELIUS VALUE"; VICEROY RESEARCH; JOHN FICHTHORN; BR DIALECTIC CAPITAL MANAGEMENT, LLC; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.<br><br><br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel of record for Plaintiff MiMedx Group, Inc. ("MiMedx") hereby states that there are no parent corporations for MiMedx. As of the last public disclosure filing made by BlackRock, Inc., BlackRock, Inc. owned more than 10% of MiMedx stock. No other publicly held corporations own 10% or more of MiMedx stock.

Dated: New York, New York
       October 4, 2017

                                  Respectfully submitted,

                                  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                  By:    /s/ Daniel L. Brown
                                        Daniel L. Brown
                                        Thomas M. Monahan
                                  30 Rockefeller Plaza
                                  New York, New York 10112
                                  dlbrown@sheppardmullin.com
                                  Telephone: (212) 653-8700
                                  Fax: (212) 655-1727

Joseph D. Wargo
David M. Pernini
(*Pro Hac Vice to be filed*)
WARGO & FRENCH LLP
999 Peachtree St. NE, Floor 26
Atlanta, GA 30309
jwargo@wargofrench.com
dpernini@wargofrench.com
Telephone: 404-853-1500;
Fax: 404-854-1501

*Counsel for Plaintiff MiMedx Group, Inc.*