### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIMEDX GROUP, INC. and SEAN MCCORMACK,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SPARROW FUND MANAGEMENT LP, A/K/A "AURELIUS VALUE"; VICEROY RESEARCH; JOHN FICHTHORN; BR DIALECTIC CAPITAL MANAGEMENT, LLC; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 1:17-cv-07568-DAB<br><br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel of record for Plaintiff MiMedx Group, Inc. ("MiMedx") hereby states that there are no parent corporations for MiMedx.  As of the last public disclosure filing made by BlackRock, Inc., BlackRock, Inc. owned more than 10% of MiMedx stock.  No other publicly held corporations own 10% or more of MiMedx stock.

Dated: New York, New York
　　　　October 4, 2017

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

　　　　　　　　　　　　　　　　　　By:　　/s/  Daniel L. Brown
　　　　　　　　　　　　　　　　　　　　　Daniel L. Brown
　　　　　　　　　　　　　　　　　　　　　Thomas M. Monahan
　　　　　　　　　　　　　　　　　　30 Rockefeller Plaza
　　　　　　　　　　　　　　　　　　New York, New York 10112
　　　　　　　　　　　　　　　　　　dlbrown@sheppardmullin.com
　　　　　　　　　　　　　　　　　　Telephone: (212) 653-8700
　　　　　　　　　　　　　　　　　　Fax: (212) 655-1727

        Joseph D. Wargo
        David M. Pernini
        (*Pro Hac Vice to be filed*)
        WARGO & FRENCH LLP
        999 Peachtree St. NE, Floor 26
        Atlanta, GA 30309
        jwargo@wargofrench.com
        dpernini@wargofrench.com
        Telephone: 404-853-1500;
        Fax: 404-854-1501

        *Counsel for Plaintiff MiMedx Group, Inc.*