IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIMEDX GROUP, INC. and SEAN MCCORMACK,<br><br>           Plaintiffs,<br><br>       v.<br><br>SPARROW FUND MANAGEMENT LP, A/K/A "AURELIUS VALUE"; VICEROY RESEARCH; JOHN FICHTHORN; BR DIALECTIC CAPITAL MANAGEMENT, LLC; and DOES 1-10, inclusive,<br><br>           Defendants. | Case No. 1:17-cv-07568 (DAB) (KHP)<br><br><br><br>NOTICE OF MOTION FOR EXPEDITED DISCOVERY <u>ON AN EMERGENCY BASIS</u> |

**PLEASE TAKE NOTICE THAT**, upon Plaintiffs MiMedx Group, Inc. and Sean McCormack's Memorandum of Law in Support of Motion for Expedited Discovery on an Emergency Basis, and the accompanying Declarations of Daniel L. Brown and David M. Pernini in support thereof, Plaintiffs MiMedx Group, Inc. and Sean McCormack (together, "Plaintiffs"), by and through their counsel Sheppard, Mullin, Richter & Hampton, LLP, Wargo & French LLP and Mclaughlin & Stern, LLP, shall move before the Honorable Deborah A. Batts, U.S.D.J., at the United States Courthouse, 500 Pearl Street, Courtroom 24B, New York, New York 10007, on a date and time to be determined by the Court, for an Order granting Plaintiffs leave to conduct expedited discovery pursuant to Rule 26(d)(1) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Local Rule 6.1(a), opposition papers to this motion shall be served within seven days after service of the moving papers, and reply papers shall be served within two days after service of the answering papers.

Dated: New York, New York
October 6, 2017

/s/ Daniel L. Brown
Daniel L. Brown (DB-0906)
dlbrown@sheppardmullin.com
Thomas M. Monahan (TM-1984)
tmonahan@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, NY 10112
Tel: 212-653-8700

Joseph D. Wargo (GA No. 738764)
(*Pro Hac Vice to be filed*)
jwargo@wargofrench.com
David M. Pernini (GA No. 572399)
(*Pro Hac Vice to be filed*)
dpernini@wargofrench.com
WARGO & FRENCH LLP
999 Peachtree St. NE, Floor 26
Atlanta, GA 30309
Tel: 404-853-1500; Fax: 404-854-1501

*Counsel for Plaintiff MiMedx Group, Inc.*

Daniel J. Horwitz (DH-4339)
MCLAUGHLIN & STERN, LLP
260 Madison Avenue
New York, New York 10016
dhorwitz@mclaughlinstern.com
Tel: (212) 448-1100; Fax: (212) 448-0066

*Counsel for Plaintiff Sean McCormack*

To: John Fichthorn
19 Montclair Avenue
Shelter Island, New York 11964

BR Dialectic Capital Management, LLC
c/o John Fichthorn
119 Rowayton Ave., 2nd Fl.
Norwalk, CT 06853

Sparrow Fund Management LP
101 Park Avenue, 33rd Floor
New York, NY 10178