# EXHIBIT B



ATLANTA   LOS ANGELES   MIAMI

DAVID M. PERNINI
DIRECT DIAL:  404.853.1520
E-MAIL:  *dpernini@wargofrench.com*

October 9, 2017

**VIA E-MAIL DELIVERY**
Christopher.Green@ropesgray.com

Christopher Green
Ropes & Green
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600

    **Re:**    **MiMedx Group, Inc. et al. v. Sparrow Fund Management LP, A/K/A "Aurelius Value", et al.**
            **In the United States District Court, for the Southern District of New York**
            **Case No. 1:17-CV-07568**

Dear Chris:

    It looks like our letters crossed on Friday.  In your letter, you indicated that "no Sparrow partner or employee has made any of the statement recited in the complaint."  This statement is narrower than what we discussed on the phone.  In that regard, are your clients willing to affirm under penalty of perjury that no Sparrow principal or employee:

1. has made any postings or public statements regarding MiMedx;
2. has posted under the anonymous username "Aurelius Value"; and
3. has any knowledge of the identity of any other person (or persons) posting under the username "Aurelius Value?"

If they are, please let us know.

    We appreciate your efforts to advise us of your planned course of action should our client decline your request to dismiss Sparrow from the litigation.  In spirit of full candor, we note that the *Fuji Photo* case you cite in your letter fully supports our client's right to pursue its claims at this stage of the case.

We look forward to hearing from you.

Sincerely,

David M. Pernini

DMP/aj
cc: Daniel Brown, Esq.
    Joseph D. Wargo, Esq.