# EXHIBIT A

| | |
|---|---|
| **From:** | Roath, Patrick |
| **Sent:** | Friday, October 20, 2017 3:21 PM |
| **To:** | dpernini@wargofrench.com |
| **Cc:** | Green, Christopher G.; Reidy, Elissa |
| **Subject:** | MiMedx |
| **Attachments:** | Active_65513785_3_Affidavit of Nathan Koppikar.pdf |

David,

Pursuant to the voicemail Chris Green left you earlier today, attached please find an affidavit prepared by Nate Koppikar in connection with the MiMedx matter.

Patrick

# Affidavit of Nathan Koppikar

I, NATHAN KOPPIKAR, declare and testify as follows:

1. I am a resident of California, am over 18 years of age, and am qualified to make this affidavit.

2. I am currently employed as Director of Research at Sparrow Fund Management, LP ("Sparrow" or the "Company").

3. I have served in this role since the formation of the Company in February 2016.

4. I am submitting this affidavit on behalf of Sparrow in connection with my role at the Company.

5. I have reviewed the complaint filed by MiMedx Group, Inc. ("MiMedx") and Sean McCormack in the case styled *MiMedx Group, et al. vs. Sparrow Fund Management LP, et al.*, No. 1:17-cv-07568 (S.D.N.Y. Oct. 4, 2017).

6. The allegations in the complaint pertaining to Sparrow are incorrect. Sparrow did not make any of the statements attributed to it in the complaint.

7. I have not posted, or directed, or caused any writing to be posted under the anonymous username "Aurelius Value."

8. No Sparrow partner or employee has posted, or has directed, or has caused any writing to be posted under the anonymous username "Aurelius Value."

9. I am aware that the plaintiffs in this case have sought expedited discovery targeted at identifying the author of the anonymous blog "Viceroy Research."

10. I do not know the identity of the individual or individuals who have posted under the anonymous username "Viceroy Research."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 20, 2017, in San Francisco, CA.

By: _____
Nathan Koppikar

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Francisco

Sworn and sworn to (or affirmed) before me on this day of <u>October 20, 2017</u>, by <u>Nathan Koppikar</u>, provide to me on the basis of satisfactory evidence to be the person who appeared before me.



Signature: _____