UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIMEDX GROUP, INC. AND SEAN MCCORMACK<br><br>    Plaintiffs, ,<br><br>    v.<br><br>SPARROW FUND MANAGEMENT LP, A/K/A "AURELIUS VALUE"; VICEROY RESEARCH; JOHN FICHTHORN; BR DIALECTIC CAPITAL MANAGEMENT, LLC, AND DOES -10, INCLUSIVE<br><br>    Defendants. | Case No. 1:17-cv-07568 (PGG) (KHP) |

**DECLARATION OF MARTIN J. CRISP IN SUPPORT OF DEFENDANT SPARROW FUND MANAGEMENT LP'S REPLY MEMORANDUM**

I, Martin J. Crisp, declare as follows:

1. I am a member in good standing of the bar of the State of New York. I am associated with the firm Ropes & Gray LLP, attorneys for defendant Sparrow Fund Management LP ("Sparrow) in the above-captioned action.

2. I submit this declaration in support of Sparrow's Motion to Dismiss the Complaint. For the convenience of the Court, copies of certain documents referenced in the Memorandum of Law by the Memorandum of Law in Support of Defendant Sparrow Fund Management LP's Motion to Dismiss the Complaint are attached hereto as follows:

    a. Attached hereto as Exhibit A is a true and correct copy of the October 26, 2017 letter from David M. Pernini, Esq. to Christopher G. Green, Esq.

    b. Attached hereto as Exhibit B is a true and correct copy of the November 1, 2017 letter from Parker H. "Pete" Petit to Brent J. Fields of the Securities and Exchange

-2-

Commission. This document is publicly available on the internet at: https://www.sec.gov/rules/petitions/2017/petn4-712.pdf.

 c. Attached hereto as Exhibit C is a true and correct copy of the press release issued by MiMedx Group, Inc. dated November 8, 2017.  This document is publicly available on the internet at:

https://mimedx.app.box.com/s/gpkf6hz0b25i4huqdi3tbcigcqdegtsf.

 3. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: November 16, 2016

           */s/ Martin J. Crisp*
           Martin J. Crisp