# Exhibit A

> Well if Novartis hits a 42 dollar bid I think my return will do better that that!

Friday 5:14 PM ✓

▇▇▇ some of us have known you for some time. Loyalty is one thing. Being stupid another. As your father used to state don't ignore the obvious. You are. One day I'll say over a cocktail it was me and a few guys researching. When Petit is in prison. This isn't a co years bet Novartis has some value. This has inducements and liabilities

Friday 5:18 PM