# EXHIBIT A

**Google**   sean mccormack mimedx   🔍                    Sign in

All    News    Images    Videos    Maps    More              Settings    Tools

About 376 results (0.43 seconds)

**Sean McCormack | Professional Profile - LinkedIn**
https://www.linkedin.com/in/seanmccormack904 ▼
Jacksonville, Florida Area - Director, New Market Initiatives - MiMedx
View **Sean McCormack's** profile on LinkedIn, the world's largest professional community. ... **MiMedx**.
July 2016 – Present (1 year 6 months). Support the growth of new expanded market opportunities in
wound care. Responsible for creating and implementing marketing campaigns and programs using a
variety of tools and ...

**Viceroy Research Believes MiMedx's Employment of ... - Business Wire**
https://www.businesswire.com/.../Viceroy-Research-Believes-MiMedx's-Employment-... ▼
Sep 20, 2017 - For the full Viceroy report on **MiMedx**, click here: www.viceroyresearch.org. Follow
Viceroy on Twitter: @ViceroyResearch. Through extensive research Viceroy has uncovered startling
issues: **Sean McCormack**, the company's "Director of New Market Initiatives," allegedly directed a
kickback and bribery ...

**MiMedx's (NASDAQ:MDXG) employment of kickback & bribery ...**
https://viceroyresearch.org/.../mimedxs-nasdaqmdxg-employment-of-kickback-briber... ▼
Sep 20, 2017 - Viceroy Research uncovered substantial previously-unreported data evidencing an
incestuous hiring policy from a kickback & bribery scheme, a possible SEC enforcement investigation,
and indications of channel stuffing. **Sean McCormack - MiMedx's** "New Market Initiatives Director" –
was an instrumental ...

**Viceroy Research Believes MiMedx's Employment of Kickback ...**
markets.on.nytimes.com/research/stocks/news/press_release.asp?docTag... ▼
Sep 20, 2017 - For the full Viceroy report on **MiMedx** , click here: www.viceroyresearch.org. Follow
Viceroy on Twitter: @ViceroyResearch. Through extensive research Viceroy has uncovered startling
issues: **Sean McCormack** , the company's "Director of New Market Initiatives," allegedly directed a
kickback and bribery ...

[PDF] **MiMedx's employment of kickback & bribery ... - Viceroy Research**
https://viceroyresearch.files.wordpress.com/2017/10/mimedx-report-20-09-2017.pdf ▼
Perhaps the most concerning hire Viceroy identified was **Sean McCormack – MiMedx's** "New
Market Initiatives. Director" – who has been named in Advanced BioHealing court documents as an
instrumental figure in the kickback and bribery inducement scheme, including as one of the sales staff
trainers. Prior to his tenure ...

**MiMedx Group, Inc. v. Sparrow Fund Management LP et al (1:17-cv ...**
https://www.pacermonitor.com/.../MiMedx_Group,_Inc_v_Sparrow_Fund_Managem... ▼
Oct 4, 2017 - Thursday, December 21, 2017. 78, 78 5 pgs misc Letter Thu 4:08 PM LETTER
addressed to Judge Paul G. Gardephe from David M. Pernini dated December 21, 2017 re: Sparrow
Fund Management, LP's December 18, 2017 Pre-Motion Conference Letter. Document filed by **Sean
McCormack, Mimedx** ...

[PDF] **MiMedx ACO Value Proposition - World Congress**
www.worldcongress.com/events/HL17017/valueProp.pdf ▼
**MiMedx** ACO Value Proposition. **MiMedx** is excited to bring the power of regenerative medicine to
primary care. ... report about. **MiMedx** to learn more about the cutting edge technology & solutions
we are working on as we continue to be a leader in regenerative medicine & biopharmaceuticals.
Sincerely,. **Sean McCormack** ...

**Sean McCormack - Nepris**
https://nepris.com/User/Profile/Public/62906 ▼
**Sean McCorMacK.** Dynamic Sales Leader, Trainer, & Leadership Developer Director, New Market
Initiatives , **MiMedx** Fleming Island,FL,United States. Skills. Calibration Sales Biomedicine medical
devices Cross-functional Team Leadership Military Aviation Biopharmaceuticals Pharmaceutical
Industry running Business ...

**Biomedical careers - Nepris**
https://www.nepris.com/video/biomedical-careers-49935 ▼
We have studied all of the human body systems. Tell us about a career that works with the human
body!

**Sean McCormack Stats, News, Videos, Pictures, Bio - Louisville ...**
www.espn.com/college-football/player/_/id/4035998/sean-mccormack ▼
Get the latest news, stats, videos, and more about Louisville Cardinals quarterback **Sean
McCormack** on ESPN.com.