# EXHIBIT C


Case 1:17-cv-07568-PGG-KHP    Document 79-3    Filed 12/27/17    Page 2 of 2

August 23, 2017
Page Two

17-03617-FOIA

Appeal," and should identify the requested records.  The appeal may include facts and authorities you consider appropriate.

You may file your appeal by completing the online Appeal form located at https://www.sec.gov/forms/request_appeal, or mail your appeal to the Office of FOIA Services of the Securities and Exchange Commission located at Station Place, 100 F Street NE, Mail Stop 2465, Washington, D.C. 20549, or deliver it to Room 1120 at that address.  Also, send a copy to the SEC Office of the General Counsel, Mail Stop 9612, or deliver it to Room 1120 at the Station Place address.

You also have the right to seek assistance from me as a FOIA Public Liaison or contact the Office of Government Information Services (OGIS) for dispute resolution services.  OGIS can be reached at 1-877-684-6448 or Archives.gov or via email at ogis@nara.gov.

If you have any questions, please contact Frank Mandic of my staff at mandicf@sec.gov.  You may also contact me at foiapa@sec.gov or (202) 551-7900.

Sincerely,

Dave Henshall
FOIA Branch Chief