# EXHIBIT D

 

# MiMedx now under investigation by DOJ enforcement & VA



Viceroy Research

Viceroy has received responses to two Freedom of Information Act (FOIA) requests lodged after the publication of our initial report, one from the Department of Veterans Affairs and the other to the Department of Justice.

[PDF Download Link](#)
Both agencies withheld all requested documents under 5 U.S. Code § 552 5(b)(7)(A), which provides an exemption for agencies to make available public documents as it could "reasonably be expected to interfere with enforcement proceedings."

Viceroy now believe MiMedx is under formal investigation by the DOJ, the DVA and the SEC.

**SUBSCRIBE TO EMAIL UPDATES**

Subscribe to Viceroy Research by Email

**ARCHIVES**

- December 2017 (4)
- November 2017 (4)
- October 2017 (12)
- September 2017 (4)
- August 2017 (3)
- June 2017 (1)
- May 2017 (1)
- December 2016 (1)

**FOLLOW VICEROY ON TWITTER**

MiMedx now under investig   ×

Secure | https://viceroyresearch.org/2017/11/30/mimedx-now-under-investigation-by-doj-enforcement-va/

# MiMedx now under investigation by DOJ enforcement & VA



Viceroy Research

Viceroy has received responses to two Freedom of Information Act (FOIA) requests lodged after the publication of our initial report, one from the Department of Veterans Affairs and the other to the Department of Justice.

PDF Download Link

Both agencies withheld all requested documents under 5 U.S. Code § 552 5(b)(7)(A), which provides an exemption for agencies to make available public documents as it could "reasonably be expected to interfere with enforcement proceedings."

Viceroy now believe MiMedx is under formal investigation by the DOJ, the DVA and the SEC.

**SUBSCRIBE TO EMAIL UPDATES**

Subscribe to Viceroy Research by Email

**ARCHIVES**

- December 2017 (4)
- November 2017 (4)
- October 2017 (12)
- September 2017 (4)
- August 2017 (3)
- June 2017 (1)
- May 2017 (1)
- December 2016 (1)

**FOLLOW VICEROY ON TWITTER**

## Annexure 2: Department of Justice FOIA Response



**U.S. Department of Justice**

Civil Division

*Washington, DC 20530*

Via E-mail

November 13, 2017

Request No.  145-FI-15748
              SBL:HDK

Dear

    This is the response of the Civil Division, Department of Justice to your Freedom of Information Act (FOIA) request for records concerning MiMedx Group.  This Office received

## Annexure 2: Department of Justice FOIA Response

**U.S. Department of Justice**

Civil Division

*Washington, DC 20530*

Via E-mail

November 13, 2017

Request No.    145-FI-15748
              SBL:HDK

Dear ▮▮▮

This is the response of the Civil Division, Department of Justice to your Freedom of Information Act (FOIA) request for records concerning MiMedx Group. This Office received your request on October 4, 2017

Select "Edit PDF"

## Annexure 2: Department of Justice FOIA Response



**U.S. Department of Justice**

Civil Division

Washington, DC 20530

Via E-mail

November 13, 2017

Request No.   145-FI-15748
              SBL:HDK

Dear



## Annexure 2: Department of Justice FOIA Response

**U.S. Department of Justice**

Civil Division

*Washington, DC 20530*

Via E-mail

November 13, 2017

Request No.  145-FI-15748
SBL:HDK

Dear

## Annexure 2: Department's Response



**U.S. Department of Justice**

Civil Division

_Washington, DC 20530_

Via E-mail

November 13, 2017

Request No.   145-FI-15748
             SBL:HDK

Dear



## Annexure 2: Department of Justice FOIA Response

**U.S. Department of Justice**

Civil Division

*Washington, DC 20530*

Via E-mail

November 13, 2017

Garrett S. Martin, Esq.

Request No.   145-FI-15748
                      SBL:HDK

Dear

Annexure 2: [...] IA Response

**U.S. Department of Justice**

Civil Division

Washington, DC 20530

Via E-[...]

Garrett [...]

November 13, 2017

Request No. 145-FI-15748
SBL:HDK

Dear [...]

Annexure 2: Departmen...



5. Department of Justice

il Division

hington, DC 20530

Via E-mail

vember 13, 2017

Garrett S. Martin, Esq
Winstead, PC

uest No.   145-FI-15748
          SBL:HDK

Dear



## Annexure 2: Departme[...] nse

U.S. Department of Justice

Civil Division

_____

_Washington, DC 20530_

Via E-mail

November 13, 2017

Garrett S. Martin, [...]
Winstead, PC
300 Throckmorton [...]

Request No.   145-FI-15748
              SBL:HDK

Dear ███████



## Annexure 2: Dep[artment] [R]esponse

**U.S. Department of Justice**

Civil Division

*Washington, DC 20530*

November 13, 2017

Request No.   145-FI-15748
SBL:HDK

Via E-mail

Garrett S. Ma[...]
Winstead, PC
300 Throckm[...]
Fort Worth, [redacted]

Dear [redacted]



Annexure 2: De[...] Response

**U.S. Department of Justice**

Civil Division

_Washington, DC 20530_

November 13, 2017

Request No.   145-FI-15748
              SBL:HDK

Via E-mai[...]

Garrett S. [...]
Winstead, [...]
300 Throc[...]
Fort Wort[...]
gmartin@[...]

Dea[...]

## Annexure 2: Department of Justice FOIA Response



**U.S. Department of Justice**

Civil Division

_Washington, DC 20530_

Via E-mail

November 13, 2017

Garrett S. Martin, Esq.
Winstead, PC
300 Throckmorton Street
Fort Worth, TX 76102
gmartin@winstead.com

Request No.   145-FI-15748
              SBL:HDK

Dear Mr. Martin:

## Annexure 2: Department



**Department of Justice**

Division

ngton, DC 20530

Via E-mail

ember 13, 2017

Garrett S. Martin, Esq.
Winstead, PC
300 Throckmorton Street
Fort Worth, TX 76102
gmartin@winstead.com

Request No.    145-FI-15748
SBL:HDK

Dear Mr. Martin:

## Annexure 2: Depa[rtment of Justice Re]sponse

**U.S. Department of Justice**

Civil Division

*Washington, DC 20530*

Via E-mail

November 13, 2017

Garrett S. Ma[rtin]
Winstead, PC
300 Throckmorton Street
Fort Worth, TX 76102
gmartin@winstead.com

Request No.    145-FI-15748
SBL:HDK

Dear Mr. Martin:

## Annexure 2: Departm[...] nse



**U.S. Department of Justice**

Civil Division

*Washington, DC 20530*

Via E-mail

Garrett S. Martin,
Winstead, PC
300 Throckmorton Street
Fort Worth, TX 76102
gmartin@winstead.com

November 13, 2017

Request No.    145-FI-15748
                    SBL:HDK

Dear Mr. Martin:



## Annexure 2: Department

**Department of Justice**

Division

...ngton, DC 20530

Via E-mail

...mber 13, 2017

Garrett S. Martin, Esq.
Winstead, PC
300 Throckmorton Str...
Fort Worth, TX 76102
gmartin@winstead.com

...est No.   145-FI-15748
SBL:HDK

Dear Mr. Martin:



Annexure 2: Department

...Department of Justice

...Division

...ton, DC 20530

Via E-mail

...nber 13, 2017

Garrett S. Martin, Esq.
Winstead, PC
300 Throckmorton Stree...
Fort Worth, TX 76102
gmartin@winstead.com

st No.   145-FI-15748
SBL:HDK

Dear Mr. Martin:

## Annexure 2: Departm[ent] [...resp]onse



**U.S. Department of Justice**

Civil Division

_Washington, DC 20530_

Via E-mail

November 13, 2017

Garrett S. Martin,
Winstead, PC
300 Throckmorto[n]
Fort Worth, TX
gmartin@winstea[d]

Request No.   145-FI-15748
SBL:HDK

Dear Mr. Martin:



**U.S. Department of Justice**

Civil Division

_____

*Washington, DC 20530*

Via E-mail

November 13, 2017

Garrett S. Martin, Esq.
Winstead, PC
300 Throckmorton Street
Fort Worth, TX 76102
gmartin@winstead.com

Request No.   145-FI-15748
              SBL:HDK

Dear Mr. Martin: