

ROPES & GRAY LLP
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199-3600
WWW.ROPESGRAY.COM

March 13, 2018

Christopher G. Green
T +1 617 951 7878
christopher.green@ropesgray.com

**VIA ECF AND FAX**

The Honorable Paul G. Gardephe, United States District Court Judge
United States District Court, Southern District of New York
40 Foley Square, Courtroom 705
New York, NY 10007

Re:   *MiMedx Group, Inc. et al. v. Sparrow Fund Management LP, et al.*
      Case No. 17-cv-07568 (PGG) (KHP)

Dear Judge Gardephe:

     We represent defendant Sparrow Fund Management LP ("Sparrow") in the above-referenced matter.  In accordance with Section IV(H) of Your Honor's Individual Rules of Practice in Civil Cases, we write to inform the Court that ninety days have elapsed since Sparrow's pending Motion for Sanctions Pursuant to Rule 11 was fully submitted to the Court.  *See* Dkts. 59, 60, 73.  Sparrow requested oral argument on the Rule 11 Motion in its reply brief filed December 12, 2017, *see* Dkt. 73, and renewed that request via letter filed February 13, 2018, *see* Dkt. 87.

     Thank you for your attention to this matter.

Sincerely,

*/s/ Christopher G. Green*

Christopher G. Green

CC:   Counsel of record (via ECF)