USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/21/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MIMEDX GROUP, INC. and SEAN MCCORMACK,

                Plaintiffs,                       **ORDER**

      -against-                     **17-CV-7568 (PGG) (KHP)**

SPARROW FUND MANAGEMENT LP, et al.,

                Defendants.
----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A Case Management Conference in this matter is hereby scheduled for **Tuesday, October 30, 2018 at 12:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  The parties shall be prepared to discuss dates for a settlement conference.

      The parties are further directed to exchange initial disclosures by **September 19, 2018**.

      Defendant Sparrow Fund Management LP's request for oral argument on its Motion for Sanctions is **DENIED**.

**SO ORDERED.**

Dated: August 21, 2018
       New York, New York

                                                  */s/ Katharine H. Parker*
                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge